

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk, U.S. Attorney
Southern District of Mississippi
501 E. Court St., Suite 4.430
Jackson, MS 39201

9590 9402 9813 5266 5004 07

2. Article Number (Transfer from service label)

9589 0710 5270 3782 3118 42

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
Karlotta Banks   2/13/26
D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

FEB 17 2026

ARTHUR JOHNSTON
BY _____ DEPUTY



**USPS TRACKING #**

9590 9402 9813 5266 5004 07

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

- Sender: Please print your name, address, and ZIP+4® in this box•

Clerk, U.S. District Court
501 E. Court Steet, Ste. 2500
Jackson, MS 39201

RECEIVED
FEB 17 2026
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

5:26 cv 44